Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of

Division

Case No. **4:24CV00406**

*(to be filled in by the Clerk's Office)*

DAViD. THOMAS. LUMPKIN JR
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

CORE CiViC NORTHEAST OHIO CORRECTioNAl CENTER
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Jury Trial: *(check one)* ☑ Yes ☐ No

**JUDGE BARKER**
**MAG JUDGE GRIMES**

FILED

MAR 04 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name HOME ADDRESS    MR. DAViD. T. LUMPKIN JR
Street Address    23436 LAWRENCE Rd
City and County    WARRENSVILLE HTS CUyAHOGA COUNTY
State and Zip Code    OHiO 44128
Telephone Number    216-860-5327 CEll 216-292-7975 HomE
E-mail Address    N/A

**1ST** ADDRESS FEDS
DAViD. THOMAS. LUMPKIN JR
# 5260 4509
FCI BECKIEY, P.O.Box 350
BEAVER, WV 25813

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | CORE CiViC |
| Job or Title (if known) | NORTHEAST oHio CORRECTioNAI CENTER |
| Street Address | 2240 HubbARd Road, YounGstown OH 44505 |
| City and County | YounGsTown, |
| State and Zip Code | OH 44505 |
| Telephone Number | 330-746-3777 |
| E-mail Address (if known) | FAX 330-746-3318 |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)* _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* DAviD.T. LumpKiN JR _____, is a citizen of the State of *(name)* OHiO _____.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

      and has its principal place of business in the State of *(name)* _____

      _____

      *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

The defendant, *(name)* _____ , is a citizen of
the State of *(name)* _____ . Or is a citizen of
*(foreign nation)* _____

b.     If the defendant is a corporation
       *CENTER*
The defendant, *(name)* Core Civic NortHeast oHio correctionap is incorporated under
the laws of the State of *(name)*  OHiO _____ , and has its
principal place of business in the State of *(name)* Core Civic NoRtHEAst oHio CorrectioN
Or is incorporated under the laws of *(foreign nation)* CENTER _____ ,
and has its principal place of business in *(name)*  OHiO _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy THREE HuNDEReD AND SiXTY FiVE MillioN DollARS

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain):*

Attachments To: The Amount in controversy #3
(See copies 1, 8, that are also attached to 3)
1. On December 17th, 2021 on the record it stated that the facilities are not accommodating for my physical limitations, and cause me great difficulty. I have a prosthetic leg; it still prevents me from receiving adequate care. In fact while housed at the CCA there handicapped showers were inoperable; to the point I could not possibly shower. I wrote a grievance on 12-25-2021 about the shower seat. I received a response from a staff member on the grievance on 1-19-22. A work order was made. I cannot get my prosthetic leg wet, so I was forced to take a shower while sitting in a plastic chair. I then collapsed in a shower that was not a handicapped shower on 12-29-21, and busted my prosthetic leg open and had to have surgery to have more of my leg amputated. I have attached a picture of my leg taken at LeTourneau Prostetics & Orthopetics on 11-30-22. On 6-30-23 I had an operation for my lower extremity. All attachments are for the amount in controversy. Copy #1 through #8.

### III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

12-29-21 AT 8:50 AM CoRe CiviC NoRTH EAST OHio CoRRectioNAl ceNteR 2240 HubbARd Rd YouNGsTowN oHio 44505. THiS wAs A violatioN of MY SAFETY FACTOR, Do To THE HANDY SHower wAS IAoPETAbIE, No HANDY CAP SHower. I FAil iN THE sHowe bustED oPen MY PRostetic leG opeNed. It cAused ME to GET SoME NoRE oF MY leG cut oFf, BecAuse of the iNfectioN IT Put ME iN A wheelchaiR foR 2 YRS.

### IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:         12·26·2023

Signature of Plaintiff

Printed Name of Plaintiff     DAVID. T. Lumpkin JR

### B.     For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address