IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DAVID T. LUMPKIN, JR., | CASE NO. 4:24 CV 406 |
| Plaintiff, | DISTRICT JUDGE PAMELA A. BARKER |
| vs. | MAGISTRATE JUDGE JAMES E. GRIMES JR. |
| CORE CIVIC NORTHEAST OHIO CORRECTIONAL CENTER, | **ORDER** |
| Defendant. | |

*Pro se* Plaintiff David T. Lumpkin seeks to pursue an *in forma pauperis* prisoner civil rights action in this case. However, the application he has filed to proceed *in forma pauperis* (Doc. No. 2) is deficient. He has not filed a certified copy of his prisoner account statement with his application as required.

Accordingly, pursuant to 28 U.S.C. § 1915(b), Plaintiff is hereby ordered to pay the full filing fee of $405 if funds to pay it exist in his prisoner account.[1] If Plaintiff does not have funds in the account to pay the entire fee at once, he is ordered to complete and submit the accompanying Financial Application within 30 days of the date of this order. **Plaintiff is to submit the entire signed application, including a certified copy of his prisoner account statement, at one time.** Upon receipt of a complete application, the court will assess, and when funds exist, collect the filing fee as provided by law. Failure to comply with this order may result in dismissal of this action without further notice.

---

[1] Checks are to be made payable to: Clerk, U.S. District Court. Plaintiff's name and this case number must appear on the check.

s/ James E. Grimes Jr.
JAMES E. GRIMES JR.
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

DAVID T. LUMPKIN, JR.,

        Plaintiff,

vs.

CORE CIVIC NORTHEAST OHIO
CORRECTIONAL CENTER,

        Defendant.

CASE NO.  4:24 CV 406

MAGISTRATE JUDGE JAMES E. GRIMES JR.

**PL-3 PAYMENT FORM**

**STAPLE CHECK HERE:**