**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO**

**David Thomas Lumpkin, Jr.,**                    **Case No. 4: 24 CV 406**

                          **Plaintiff,**
            **-vs-**                         **JUDGE PAMELA A. BARKER**

**Core Civic Northeast Ohio**                     **DISMISSAL ORDER**
**Correctional Center,**

                          **Defendant.**

Plaintiff David Thomas Lumpkin, Jr., filed a *pro se* prisoner civil rights complaint in this case pursuant to 42 U.S.C. § 1983 against Core Civic Northeast Ohio Correctional Center.  With his complaint, he filed a motion to proceed *in forma pauperis*.  (Doc. No. 2.)  His application to proceed *in forma pauperis*, however, is deficient because he did not file a certified prisoner account statement with it as required.

Accordingly, in an order dated May 15, 2024, Plaintiff was ordered either to pay the full filing fee, or to file a complete application to proceed *in forma pauperis*, within 30 days in order to proceed with the case.  (*See* Doc. No. 5.)  The order expressly notified Plaintiff that his case may be dismissed without further notice if he failed to comply.

To date, Plaintiff has not complied with the Court's deficiency order.  Accordingly, this action is hereby dismissed without prejudice for want of prosecution.  *See Erby v. Kula*, 113 F. App'x 74 (6th Cir. 2004) (affirming dismissal of § 1983 action for failure to comply with the court's deficiency order where order identified the required documentation and warned that failure to comply with the order may result in dismissal).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

**IT IS SO ORDERED.**

    s/*Pamela A. Barker*
PAMELA A. BARKER
Date:  6/20/2024                                 U. S. DISTRICT JUDGE