**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| **David Thomas Lumpkin, Jr.,** | **Case No. 4:24-CV-406** |
| **Plaintiff,** | |
| **-vs-** | **JUDGE PAMELA A. BARKER** |
| **Core Civic Northeast Ohio Correctional Center,** | **ORDER** |
| **Defendant.** | |

*Pro se* Plaintiff David Thomas Lumpkin, Jr., filed this prisoner civil rights action in March 2024.  Because he did not pay the filing fee and his application to proceed *in forma pauperis* was deficient, he was ordered in May 2024 either to pay the full filing fee or to file a complete application to proceed *in forma pauperis* in order to proceed with the case.  (Doc. No. 5.)  The order expressly notified Plaintiff that his case may be dismissed if he failed to timely comply.  He did not timely comply, and in June 2024, this Court dismissed his case without prejudice.  (Doc. No. 5.)

Over six months later, on January 28, 2025, Plaintiff filed another application to proceed *in forma pauperis* in the case.  (Doc. No. 6.)  The case, however, was dismissed without prejudice and closed in June 2024.  Plaintiff is therefore notified that if he wishes to pursue his action, he must do so by refiling a new complaint and accompanying motion to proceed *in forma pauperis* in a new case.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

**IT IS SO ORDERED.**

 s/*Pamela A. Barker*
PAMELA A. BARKER
Date:   February 3, 2025        U. S. DISTRICT JUDGE